[L. A. No. 19916. In Bank. Sept. 15, 1948.]

STELLA MERRIWEATHER et al., Respondents, v.
W. T. FLEMING et al., Appellants.

STELLA MERRIWEATHER et al., Respondents, v.
ROSCOE LOOPER et al., Appellants.

(Two Cases)

Loren Miller and Harold J. Sinclair for Appellants.

John F. Poole for Respondents.

[L. A. No. 20165. In Bank. Sept. 15, 1948.]

FREDERICK HERMAN MAYER et al., Respondents. v.
JAMES ROBINSON et al., Appellants.

Willis O. Tyler for Appellants.

Eberhard & Zeigler, Ray C. Eberhard and Elisabeth Eber-
hard Zeigler for Respondents.

[L. A. No. 20491. In Bank. Sept. 15, 1948.]

HAROLD M. PEARCE et al., Respondents, v. HARRY
CROCKER et al., Appellants.

Wm. G. Condron for Appellants.

William H. Wilson for Respondents.